No. 46698.—Protests 822024–G, etc., of Eric Wedemeyer (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 43372 and *Rice* v. *United States* (T. D. 48415) the protests were sustained as to the tape measures and atomizers in question.

No. 46699.—Protest 808984–G of Cambosco Scientific Co. (Boston).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel that the aneroid barometers and hygrometers are the same in all material respects as those passed upon in *Selsi* v. *United States* (2 Cust. Ct. 371, C. D. 160) the claim at 27½ percent under paragraph 372 was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 19, 1941

No. 46700.—Protests 981430–G, etc., of Chinese Arts & Crafts, Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise in question consists of articles composed of fluorspar, similar in all material respects to those the subject of *Cathay Crafts Corp.* v. *United States* (6 Cust. Ct. 87, C. D. 434). In accordance therewith the claim at 40 percent under paragraph 214 was sustained.

No. 46701.—Protests 65281–K, etc., of New York Mdse. Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the opera glasses are similar to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74). In accordance therewith they were held dutiable at 35 percent under paragraph 228 (b) as claimed.

No. 46702.—Protest 69210–K/12431 of Strauss-Eckhardt Co., Inc. (New Orleans).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the tablecloths and napkins are the same in all material respects as those the subject of T. D. 50277 (1) the claim at 30 percent under paragraph 911 (b) was sustained.